UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHALOM ABEL BERHANE YOHANNES,<br><br>    Plaintiff,<br><br>    v.<br><br>SONOMA COUNTY MAIN ADULT DETENTION FACILITY,<br><br>    Defendant. | Case No. 25-cv-07880-RS (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff has not filed an application to proceed in forma pauperis (IFP) or paid the filing fee, as directed by the Clerk's Notice. (Dkt. No. 3) Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failure to prosecute, *see* Federal Rule of Civil Procedure 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must (i) have the words MOTION TO REOPEN written on the first page; and (ii) be accompanied by a complete application to proceed IFP, or full payment for the $405.00 filing fee. The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** November 6, 2025

_____
RICHARD SEEBORG
Chief United States District Judge